# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1988
_____

United States of America

*Plaintiff - Appellee*

v.

Roberto V. Rivera

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: September 17, 2014
Filed: September 23, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Roberto Rivera directly appeals the statutory-maximum sentence that the district court[1] imposed upon revoking his probation. For reversal, he argues that the sentence is substantively unreasonable.

Upon careful review, we conclude that the sentence is not unreasonable, because the court properly considered the Chapter 7 policy statements and appropriate 18 U.S.C. § 3553(a) factors, and gave supporting reasons for its decision. See United States v. Larison, 432 F.3d 921, 924 (8th Cir. 2006) (affirming statutory-maximum revocation sentence where district court justified decision by giving supporting reasons); United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.